# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

144594

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                             SC: 144594
                                             COA: 306899
                                             Oakland CC: 2008-222486-FH

GACOLBY TARSHAR MOORE,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 12, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

t0514

_____
Clerk